IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　　Plaintiff.<br><br>v.<br><br>VIRGIN ISLANDS DEPARTMENT OF EDUCATION; VIRGIN ISLANDS BOARD OF EDUCATION; GOVERNMENT OF THE VIRGIN ISLANDS; VIRGIN ISLANDS DEPARTMENT OF HUMAN SERVICES; ALFREDO BRUCE SMITH; ALCEDE EDWARDS; CAMILA FEBRES; APRIL PETRUS; and RICHARD ROES 1-20,<br><br>　　　　　　Defendants. | CASE NO. 3:24-cv-00066 |

## ORDER

Before the Court is Plaintiff John Doe's ("Plaintiff") motion [ECF 27] for entry of default, which requests that the Clerk enter default as to Defendant Virgin Islands Board of Education ("VIBOE") pursuant to Federal Rule of Civil Procedure 55(a). VIBOE opposes the motion, arguing that service was not perfected in accordance with both federal and Virgin Islands law. [ECF 37] at 2.[1] Upon consideration of VIBOE's opposition to the entry of default, its motion [ECF 56] to dismiss Plaintiff's first amended complaint and accompanying memorandum [ECF 58] in support thereof, and this Court's policy of favoring a resolution of cases on the merits, the Court will deny the motion. The premises considered, it is hereby

**ORDERED** that Plaintiff's motion [ECF 27] for entry of default is **DENIED**.

ENTER:

Dated:  September 28, 2025

/s/ G. Alan Teague
G. ALAN TEAGUE
U.S. MAGISTRATE JUDGE

---

[1] VIBOE filed an opposition [ECF 36] and a memorandum of law in support thereof [ECF 37]. *See also* [ECF 35]. Both the opposition and the memorandum are referred to collectively by the Court herein as the "opposition."